# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

|   |   |   |
|---|---|---|
| Green Skyline Solar, LLC | ) | Case No: 16 C 7659 |
| v. | ) | Judge: John W. Darrah |
| Sunpin Solar Development, LLC et al | ) | |

## ORDER

For the reasons stated in the attached memorandum opinion and order, defendant Li's Motion to Dismiss [20] is granted without prejudice. Plaintiff may file an amended complaint within thirty days of the entry of this Order, if it may do so in compliance with Rule 11. Status hearing set for 3/29/17 at 9:30 a.m. to stand.

Date: 2/16/17 /s/ Judge John W. Darrah